**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

DONGHO KANG,                                    )
                                                )
                        Plaintiff,              )
                                                )
            v.                                  )        No. 4:25-cv-00015-TWP-KMB
                                                )
POSCO AAPC LLC,                                 )
ICN GROUP,                                      )
J-1 VISA EXCHANGES, INC.,                       )
                                                )
                        Defendants.             )

**ENTRY**

Several months ago, Defendants POSCO AAPC LLC ("POSCO"), ICN Group ("ICN") and J-1 Visa Exchanges, Inc. ("J1X"), filed Motions to Dismiss *pro se* Plaintiff Dongho Kang's ("Kang") Complaint. Kang did not file any response within the time permitted by the Court's Local Rules,[1] so on March 17, 2026, the Court ruled on the Motions (Dkt. 27). In its March 17, 2026 Order, the Court gave Kang twenty-one days to file an amended complaint and stated that if nothing is filed by that date, then this action will proceed only as to the surviving claims listed in the Order. *Id.* at 19. The next day, Kang filed belated responses in opposition to POSCO and J1X's Motions to Dismiss (Dkts. 28–30). Because these responses were filed *after* the Court had already ruled on Defendants' Motions, they have no effect and are not considered by the Court.

If Kang wishes to cure the pleading deficiencies identified in the Court's March 17, 2026 Order, he must do so by filing an amended complaint within 21 days of the Order (by April 7, 2026). If the Defendants subsequently file motions to dismiss the amended complaint, then Kang

---

[1] The Court's Local Rules are available on the Court's public website:
https://www.insd.uscourts.gov/sites/insd/files/Local%20Rules%2012-1-25.pdf.

must file his response brief(s), if any, within the time permitted by the Local Rules. *See* S.D. Ind. L.R. 7-1(c).

**SO ORDERED**.

Date:   3/19/2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

DONGHO KANG
36, sanghak-ro, buk-gu, APT 206-503
Busan
Republic of Korea

Jonathan Lawrence Bucher, Jr.
SCHULTZ & POGUE, LLP
jbucher@schultzpoguelaw.com

Allison Hawkins
Burr & Forman LLP
ahawkins@burr.com

Ingu Hwang
Burr & Forman LLP
ihwang@burr.com

Kevin Lichtenberger
Schultz & Pogue, LLP
klichtenberger@schultzpoguelaw.com